**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

| | | |
|---|---|---|
| TWITTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 2022-0613-KSJM |
| | ) | |
| ELON R. MUSK, X HOLDINGS I, | ) | |
| INC., and X HOLDINGS II, INC., | ) | |
| | ) | |
| Defendants. | | |

## ACCEPTANCE OF APPOINTMENT OF SPECIAL DISCOVERY MASTER

Pursuant to the Court's September 30, 2022, Order Appointing Special Discovery Master To Consider Plaintiff's And Defendants' Discovery Motions, I hereby accept the appointment as Special Discovery Master in the above-captioned matter and agree to comply with the charge of the appointment set forth therein.

Delaware ADR, LLC

_____
Christopher S. Sontchi
P.O. Box 7908
Wilmington, DE  19803

Dated: September 30, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served upon the following counsel via File & ServeXpress on September 30, 2022.

Peter J. Walsh, Jr. (ID No. 2437)
Kevin R. Shannon (ID No. 3137)
Christopher N. Kelly (ID No. 5717)
Mathew A. Golden (ID No. 6035)
Callan R. Jackson (ID No. 6292)
Justin T. Hymes (ID No. 6671)
POTTER ANDERSON & CORROON LLP
1313 North Market Street Hercules Plaza
Wilmington, Delaware 19801
(302) 984-6000

Attorneys for Plaintiffs and
Counterclaim Defendant Twitter, Inc.

David J. Margules (ID No. 2254)
Elizabeth A. Sloan (ID No. 5045)
Elizabeth S. Fenton (ID No. 5563)
Jessica C. Watt (ID 5932)
Brittany M. Giusini (ID 6034)
BALLARD SPAHR LLP
919 North Market Street
Wilmington, DE 19801
(302) 252-4465

Attorney for Plaintiff and Counterclaim
Defendant Twitter, Inc.

Brad D. Sorrels (ID No. 5233)
Daniyal M. Iqbal (ID No. 6167)
Leah E. León (ID No. 6536)
WILSON SONSINI GOODRICH
& ROSATI, P.C.
222 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
(302) 304-7600

Attorneys for Plaintiff and
Counterclaim Defendant Twitter, Inc.

Jacob R. Kirkham (ID 5768)
KOBRE & KIM LLP
600 North King Street, Suite 501
Wilmington, DE 19801
(302) 518-6460

Attorneys for Plaintiff and
Counterclaim Defendant Twitter, Inc.

Robert A. Weber (ID No. 4013)
Joseph B. Cicero (ID No. 4388)
Elliott Covert (ID No. 6540)
CHIPMAN BROWN CICERO
& COLE, LLP
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191

Attorneys for Defendants and

Edward B. Micheletti (ID No. 3794)
Lauren N. Rosenello
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM
One Rodney Squire
920 N. King Street
Wilmington, DE 19801
(302) 651-3000

Attorneys for Defendants and

Counterclaim-Plaintiffs Elon R. Musk,
X Holdings I, Inc., and X Holdings II, Inc.
Inc.

Counterclaim-Plaintiffs Elon R. Musk
X Holdings I, Inc., and X Holdings II,


*/s/ Christopher S. Sontchi*
Christopher S. Sontchi (#3159)